No. 894. ODOM ET AL. *v.* NEW YORK LIFE INS. CO.; and
No. 895. ODOM ET AL. *v.* SAME. May 2, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John R. L. Smith* for petitioners. *Messrs. Louis H. Cooke* and *Shepard Bryan* for respondent.

No. 897. NEW YORK LIFE INS. CO. *v.* GOLIGHTLY, ADMINISTRATOR, ET AL. May 2, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Louis H. Cooke* and *Earl King* for petitioner. *Mr. Abe D. Waldauer* for respondents.

No. 898. FOX & LONDON, INC. *v.* PENNSYLVANIA RAILROAD Co. May 2, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ernie Adamson* for petitioner. *Mr. Martin Conboy* for respondent.

No. 900. GULF REFINING CO. ET AL. *v.* NORTON, DEPUTY COMMISSIONER, ET AL. May 2, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank H. Myers* for petitioners. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. Henry A. Julicher* for respondents.

No. 903. TAMPA INTEROCEAN STEAMSHIP CO. *v.* JORGENSEN. May 2, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George H. Terriberry, Jos. M. Rault,* and *Walter*